UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16-cr-00309 |
| Plaintiff, | : | ORDER |
| v. | : | |
| KRISTOPHER L. COURTNEY, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On February 14, 2022, Defendant Courtney filed a motion for compassionate release.[1] On April 21, 2022, Defendant's counsel filed a supplement to Defendant's motion.[2]

The Court **ORDERS** the government to respond to Defendant Courtney's motion and supplement within 14 days of this order.

IT IS SO ORDERED.

Dated: May 12, 2022

*s/     James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 68.
[2] Doc. 70.