UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16-cr-00309 |
| Plaintiff, | : | ORDER |
|  | : | [Resolving Doc. 72] |
| v. | : |  |
| KRISTOPHER L. COURTNEY, | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Courtney seeks a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(ii).[1] Defendant Courtney argues that a nonretroactive sentencing law change created an extraordinary and compelling reason to reduce his sentence.[2]

Defendant Courtney's argument relies on a recently-vacated Sixth Circuit panel decision, *United States v. McCall*, 20 F.4th 1108 (6th Cir. 2021). In April, the Sixth Circuit vacated that decision and set the case for rehearing *en banc*.[3] The Sixth Circuit will hear oral argument *en banc* on June 8, 2022.[4]

Now, the government moves to hold Defendant Courtney's motion in abeyance until after the Sixth Circuit issues a decision in the *McCall* case.[5] The government argues that the Sixth Circuit ruling will clarify conflicting panel decisions about the effect of nonretroactive sentencing law changes on compassionate release motions.

---

[1] Doc. 68; Doc. 70.
[2] Doc. 70 at 3-5.
[3] *United States v. McCall*, 29 F.4th 816 (Mem) (6th Cir. 2022).
[4] Sixth Circuit Oral Argument Calendar, https://www.ca6.uscourts.gov/sites/ca6/files/documents/oral_argument_calendars/06062022_arg.pdf (last visited May 24, 2022).
[5] Doc. 72.

Case No.
GWIN, J.

The Court **GRANTS** the government's motion to hold Defendant Courtney's compassionate release motion in abeyance until after the Sixth Circuit issues the *en banc* decision in *United States v. McCall*.[6]

IT IS SO ORDERED.

Dated: May 25, 2022            *s/    James S. Gwin*
                                                                 JAMES S. GWIN
                                                                 UNITED STATES DISTRICT JUDGE

---

[6] *United States v. McCall*, No. 21-3400 (6th Cir.).