UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------
UNITED STATES OF AMERICA, :
: Case No. 1:16-cr-00309
    Plaintiff, :
:
vs. : ORDER
:
KRISTOPHER L. COURTNEY, :
:
:
    Defendant. :
------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Kristopher Courtney moved for a sentence reduction under the compassionate-release statute.[1] Courtney's motion argued, in part, that a nonretroactive sentencing-law change presented an extraordinary and compelling reason for relief.[2]

When Courtney filed his motion, the Sixth Circuit had issued conflicting decisions about whether district courts could consider nonretroactive sentencing-law changes when deciding compassionate-release motions.[3] But the en banc Sixth Circuit appeared ready to resolve the intracircuit split in *United States v. McCall*.[4]

On May 25, 2022, the Court granted the Government's motion to hold Courtney's motion in abeyance pending the Sixth Circuit's *McCall* decision.[5]

On December 22, 2022, the Sixth Circuit issued its *McCall* decision.[6] The en banc court held that nonretroactive sentencing-law changes do not provide extraordinary and

---

[1] Doc. 68; 18 U.S.C. § 3582(c)(1)(A)(ii). Courtney's counsel supplemented his pro se motion. Doc. 70.
[2] Doc. 70 at 2–5 (PageID 1110–13).
[3] *See United States v. McCall*, 21-3400, 2022 WL 17843865, at *2 (6th Cir. Dec. 22, 2022) (describing the split).
[4] *United States v. McCall*, 29 F.4th 816 (6th Cir. 2022) (mem.) (granting rehearing en banc).
[5] Doc. 73.
[6] *McCall*, 2022 WL 17843865 (6th Cir. Dec. 22, 2022).

Case No. 1:16-cr-00309
Gwin, J.

compelling reasons to grant compassionate release.[7]

Now, the Court **LIFTS THE STAY** on Courtney's motion and **ORDERS** the Government to respond to Courtney's motion within 21 days of this order. The Court further **ORDERS** Courtney to file any reply within 14 days of the Government's response.

IT IS SO ORDERED

Dated: December 27, 2022   *s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[7] *McCall*, 2022 WL 17843865, at *5–11 (6th Cir. Dec. 22, 2022)