UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| UNITTED STATES OF AMERICA, | : | CASE NO. 1:16-cr-00309 |
| | : | |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 80] |
| v. | : | |
| | : | |
| KRISTOPHER L. COURTNEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

A jury convicted Defendant Kristopher Courtney on drug charges and related charges.[1] Defendant Courtney is currently serving his sentence at a Bureau of Prisons facility in Pennsylvania.[2]

Defendant Courtney says that the Bureau of Prisons has refused to give him earned time credits because the Bureau of Prisons determined that Courtney is ineligible for those credits.[3] According to Courtney, the Bureau of Prisons refused to give earned time credits because Courtney received a role enhancement during his sentencing.[4] Courtney asks the Court to amend his pre-sentence report to reflect that Courtney did not receive a role enhancement.[5]

Courtney's pre-sentence report shows that he did not receive a role enhancement.[6] There is nothing for the Court to amend, so the Court **DENIES** Courtney's request.

---

[1] Doc. 40.
[2] Federal Bureau of Prisons, *Find an Inmate*, https://www.bop.gov/inmateloc/ (search for BOP Register Number "64300-060") (last visited Apr. 4, 2024).
[3] Doc. 80.
[4] *Id.*
[5] *Id.*
[6] Doc. 50 at ¶ 26.

Case No. 1:16-cr-00309
GWIN, J.

In the alternative, the Court construes Courtney's request as a 28 U.S.C. § 2241 habeas petition challenging how the Bureau of Prisons is executing Courtney's sentence.[7]

Defendant Courtney may have a valid § 2241 argument if the Bureau of Prisons denied earned time credits based on a sentencing role enhancement that Courtney did not receive.

But "[§ 2241] jurisdiction lies in only one district: the district of confinement."[8] Here the district of confinement is the Middle District of Pennsylvania.[9] So, Courtney was required to file his § 2241 petition in the Middle District of Pennsylvania, and this Court lacks jurisdiction.

To the extent Courtney's request can be construed as a § 2241 petition, the Court **DISMISSES** the petition without prejudice.

IT IS SO ORDERED.

Dated: April 4, 2024         *s/    James S. Gwin*
                             JAMES S. GWIN
                             UNITED STATES DISTRICT JUDGE

---

[7] *United States v. Singh*, 52 F. App'x 711, 712 (6th Cir. 2002).
[8] *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).
[9] *See supra* note 2; Federal Bureau of Prisons, *FCI Allenwood Medium*, https://www.bop.gov/locations/institutions/alm/ (last visited Apr. 4, 2024).

- 2 -